**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC. A Delaware Corporation,<br><br>                         Plaintiff,<br><br>v.<br><br>TAJGUL, LLC; MANDEEP SINGH; and NIRMAL SINGH,<br><br>                         Defendants. | Civil Action No. 11-cv-3914 (SDW)(MCA)<br><br><br><br>ORDER<br><br><br><br>January 07, 2013 |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before this Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on December 20, 2012, regarding Defendants' failure to appear at an Order To Show Cause hearing on November 26, 2012 concerning why sanctions should not be imposed for Defendants' failure to attend a status conference on October 23, 2012. No objection to the R&R has been filed. This Court has reviewed the R&R as well as the briefs and documents pertaining to the same. Based on the foregoing, and for good cause shown,

**IT IS**, on this 7th day of January, 2013,

**ORDERED** that the R&R of Magistrate Judge Arleo, filed on December 20, 2012, is **ADOPTED**; and it is further

**ORDERED** that Defendants' Answer be stricken; and it is further

**ORDERED** that default be entered against Defendants and directing the Clerk to note default on the docket; and it is further

**ORDERED** that Plaintiff is permitted to proceed to judgment by default as to all Defendants.


**SO ORDERED.**

s/ Susan D. Wigenton, U.S.D.J.


cc:   Clerk
      Magistrate Judge Madeline C. Arleo
      Parties